UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 16-cv-61532-BLOOM/Valle**

RAYMOND MURRAY,

    Plaintiff,

v.

INTEGRA PROPERTY SERVICES, LLC,
and RICHARD FITCH,

    Defendants.

_____/

## DEFAULT FINAL JUDGMENT

**THIS CAUSE** is before the Court following the Court's Order granting Plaintiff's Motion for Default Final Judgment. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters default final judgment in Plaintiff Raymond Murray's favor.

It is therefore **ORDERED AND ADJUDGED** that:

1. **DEFAULT FINAL JUDGMENT** is entered in favor of Plaintiff, Raymond Murray, and against Defendants, Integra Property Services, LLC and Richard Fitch, in the manner and amounts documented in the Court's Order On Motion For Default Final Judgment;

2. The Clerk is directed to mark this case **CLOSED**;

3. The Court reserves jurisdiction to consider further orders that are proper.

**DONE AND ORDERED** in Miami, Florida, this 28th day of December, 2016.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record